UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE KROOT,

                                    Plaintiff,

                    -v-

MARRIOTT INTERNATIONAL INC.,

                                    Defendant.

26 Civ. 400 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Due to a scheduling conflict, the initial pretrial conference in this case, previously scheduled for Tuesday, April 21, 2026 at 2 p.m., will begin at **2:30 p.m.** the same day. All related deadlines remain in place.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2026
         New York, New York