UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT Of NEW YORK
---------------------------------------------------------------------------X
JULIE F. KROOT,

Plaintiff(s),

-vs-

MANHATTAN SHERATON CORPORATION,

Defendant(s).

---------------------------------------------------------------------------X

ORDER

Docket No.: 1:26-cv-00400

Upon the Stipulation of the parties dated June 29, 2026, and for good cause shown, it is hereby

**ORDERED**, that the caption of this action be amended to reflect the substitution of MANHATTAN SHERATON CORPORATION in place and instead of MARRIOTT INTERNATIONAL, INC. d/b/a THE ST. REGIS OF NEW YORK as the Defendant in the action; and it is further

**ORDERED**, that the Clerk of the Court is directed to update the official docket of this case to reflect the amended caption as follows; and it is further

**ORDERED**, that the Plaintiff shall file the clean Amended Complaint as a separate docket entry within ten (10) days of the entry of this Order.

Dated: New York, New York

On this 15th day of July, 2026

ENTER:

Paul A. Engelmayer

Paul A. Engelmayer, U.S.D.J.