MB

MICHAEL A. BARNETT, P.C.
ATTORNEY AT LAW
1825 PARK AVENUE, 9th FLOOR
NEW YORK, NEW YORK 10035
www.michaelbarnettesq.com
mbarnett@michaelbarnettesq.com

TEL (212) 697-1300
FAX (212) 297-0504

August 26, 2026

Paul A. Engelmayer, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kroot v. The St. Regis New York
Docket No. 1:26-cv-00400
Our File No. 23603

Dear Judge Engelmayer:

As the Court is aware, I am the attorney for the Plaintiff in the above entitled matter. I am writing to request an adjournment of the settlement conference on September 2, 2026. The Plaintiff was just deposed on August 14, 2026. We have the depositions of two defense witnesses this Friday, August 28, 2026. Once they are deposed and I have the requisite testimony from them and any records that may be provided by them, then I can forward all of the discovery to a liability expert which I am presently in the process of retaining. Additionally, Plaintiff is continuing to have problems with the wrist which is the subject of this litigation and is going to have a third injection sometime this September. She has advised me that should the pain continue, she has been advised by her doctor that a second surgery is possible. Given the above, I am requesting that the settlement conference be postponed until later this fall. Defense counsel Nicole Brown has consented to my application for the adjournment of the conference.

Thank you for your professional courtesies in this matter.

Respectfully submitted,

M. Barnett

Michael A. Barnett

MAB /mw
Nicole Brown, Esq.
Wade Clark Mulcahy LLP

Attorney for Defendant
Marriott International, Inc.
180 Maiden Lane
Suite 901
New York, NY 10038
Tel: (212) 267-1900

Application GRANTED. The settlement conference previously scheduled for Wednesday, September 2, 2026 is hereby adjourned *sine die*. Within 7 days (*i.e.* by Wednesday, September 2, 2026), the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when both parties and counsel are available for a rescheduled settlement conference.

SO ORDERED.

Dated: August 26, 2026