MICHAEL A. BARNETT, P.C.
ATTORNEY AT LAW
1825 PARK AVENUE, 9th FLOOR
NEW YORK, NEW YORK 10035
www.michaelbarnettesq.com
mbarnett@michaelbarnettesq.com

TEL (212) 697-1300
FAX (212) 297-0504

November 23, 2026

Paul A. Engelmayer, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Kroot v. The St. Regis New York
Docket No. 1:26-cv-00400
Our File No. 23603

Dear Judge Engelmayer:

As the Court is aware, I am the attorney for the Plaintiff in the above entitled matter. I am writing to request an adjournment of the settlement conference on December 1, 2026. The Plaintiff has been having continuing problems with her wrist which is the injury being claimed in the case. She was given a splint at the end of October which she was required to wear for six weeks. A further x-ray showed an issue with one of the bones in her wrist. Her orthopedic surgeon has now requested authorization for a further surgery to repair the problems in her wrist which the Plaintiff is hoping to get done in January. It is for these reasons that at this time I am unable to further discuss settlement of the case until I know the outcome of Plaintiff's surgery and whether her wrist condition improves or worsens. I am therefore requesting another 60 day adjournment of the settlement conference until I can obtain more clarity on the nature and extent of the Plaintiff's claimed injuries from this lawsuit. I thank the Court for any professional courtesies that can be extended. Defense counsel has consented to the adjournment request.

Respectfully submitted,

Michael A. Barnett

MB

MICHAEL A. BARNETT, P.C.
ATTORNEY AT LAW
1825 PARK AVENUE, 9th FLOOR
NEW YORK, NEW YORK 10035
www.michaelbarnettesq.com
mbarnett@michaelbarnettesq.com

TEL (212) 697-1300
FAX (212) 297-0504

CC:
Nicole Brown, Esq.
Wade Clark Mulcahy LLP
Attorney for Defendant
Marriott International, Inc.
180 Maiden Lane
Suite 901
New York, NY 10038
Tel: (212) 267-1900

Application GRANTED. The settlement conference previously scheduled for Tuesday, December 1, 2026, at 2:00 p.m., is hereby adjourned *sine die*. When the parties are prepared to discuss settlement they shall jointly submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates when both parties and counsel are available for a rescheduled settlement conference.
SO ORDERED.
Dated: November 24, 2026